```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-mj-00205-KJN |
|---|---|
| Plaintiff, | ) ORDER VACATING COURT TRIAL AND |
| | ) SETTING CHANGE OF PLEA AND |
| v. | ) SENTENCING |
| JENNIFER M. RICHARDSON, | ) Date:   October 15, 2012 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Hon. Kendall J. Newman |

It is hereby ordered that the court trial set for October 15, 2012 at 9:00 a.m. is VACATED.  It is further ordered that a change of plea and sentencing is set for October 31, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE